```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 01587
   FRANK J WILLIAMS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-2723

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/30/2007 and was confirmed 07/26/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 06/19/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
CHASE MORTGAGE SERVICES  CURRENT MORTG        .00             .00             .00
SHOREBANK                CURRENT MORTG        .00             .00             .00
AMEX                     UNSECURED      NOT FILED             .00             .00
CHASE BANK ONE           UNSECURED      NOT FILED             .00             .00
CAPITAL ONE BANK         UNSECURED      NOT FILED             .00             .00
CHASE AUTO               UNSECURED      NOT FILED             .00             .00
CITIBANK                 UNSECURED      NOT FILED             .00             .00
EXXON MOBILE             UNSECURED      NOT FILED             .00             .00
HSBC NV                  UNSECURED      NOT FILED             .00             .00
HSBC NV                  UNSECURED      NOT FILED             .00             .00
UNIVERSITY OF CHICAGO PH UNSECURED      NOT FILED             .00             .00
COMMONWEALTH EDISON      UNSECURED      NOT FILED             .00             .00
US DEPT OF EDUCATION     UNSECURED      NOT FILED             .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED        2444.77             .00             .00
LOAN SERVICING GROUP     CURRENT MORTG        .00             .00             .00
LOAN SERVICING GROUP     MORTGAGE ARRE   26075.72             .00         3907.32
SHOREBANK                NOTICE ONLY    NOT FILED             .00             .00
SHOREBANK                MORTGAGE ARRE    2126.86             .00          318.71
ERNESTO D BORGES JR      DEBTOR ATTY     2,000.00                        2,000.00
TOM VAUGHN               TRUSTEE                                           468.97
DEBTOR REFUND            REFUND                                          3,046.00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                9,741.00

PRIORITY                                              .00
SECURED                                          4,226.03
UNSECURED                                             .00
ADMINISTRATIVE                                   2,000.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 01587 FRANK J WILLIAMS
```

```
TRUSTEE COMPENSATION                                             468.97
DEBTOR REFUND                                                  3,046.00
                                         ----------------   ----------------
TOTALS                                          9,741.00           9,741.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                         /s/ Tom Vaughn
Dated: 09/25/08                          _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE
```

                                    PAGE   2
        CASE NO. 07 B 01587 FRANK J WILLIAMS